IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JEAN M. MILLER,

    Plaintiff,

  v.                     CIV. NO. S-00-1733 EJG/JFM

COUNTY OF BUTTE; MICK GREY;    <u>ORDER SETTING STATUS</u>
SCOTT MACKENZIE; JASON PIAZZA;  <u>CONFERENCE</u>
BRYAN K. MARSHALL; DEPUTY
BURNETT; ANDY DUCH; JERRY                  C/EJG
SMITH; and DOES 1-50,

    Defendants.
_____/

    This matter is before the court following a remand from the Ninth Circuit Court of Appeals. As noted in the circuit court's memorandum, after <u>this</u> court granted summary judgment, plaintiff's criminal convictions, which had formed the basis for the court's decision, were reversed by the Appellate Division of the Butte County Superior Court. Accordingly, summary judgment on the basis of <u>Heck v. Humphrey</u> was vacated and the case remanded.

1

A status conference to discuss further proceedings in this case will be held at 10:00 a.m. January 27, 2006. Each party shall file a status report addressing the future scheduling of the case and shall attach a copy of the Appellate Division's decision reversing plaintiff's criminal convictions. The status reports shall be filed with the court and served on opposing counsel no later than January 20, 2006.

IT IS SO ORDERED.

Dated: December 19, 2005

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT