IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JEAN MILLER,

        Plaintiff,

  v.                              CIV. NO. S-00-1733 EJG/JFM

COUNTY OF BUTTE, et al.,        ORDER CONFIRMING WITHDRAWAL OF
                                       ATTORNEY; VACATING AND
        Defendants.           CONTINUING STATUS CONFERENCE
_____/

    This matter is before the court on plaintiff's request for a continuance of the status conference currently scheduled for March 3, 2006. Defendants have timely filed their status conference report. Plaintiff has failed to file a report and has instead requested a continuance of the status conference to enable her previous attorney, George Kezios, to formally withdraw, and to allow her to retain new counsel. After reviewing the file, the court issues the following order.

BACKGROUND

    This case was remanded from the Ninth Circuit Court of Appeals in a memorandum filed November 16, 2005. In an order

1

filed December 19, 2005 the court set a status conference for January 27, 2006. In a letter dated January 12, 2006, plaintiff informed the court that she was no longer represented by her previous attorney and requested a continuance of the status conference until early March to allow her to retain new counsel. The court granted the request.

Now, on the eve of the status conference, set at a time and on a date requested by plaintiff, she is again seeking a continuance, and for the same reasons articulated six weeks ago. The court is ready to proceed with this case now, as are the defendants, and the court does not take lightly plaintiff's multiple requests to extend indefinitely these proceedings. Accordingly, the court issues the following orders.

1. Attorney George Kezios's request to withdraw, made at plaintiff's request and with her agreement as indicated in multiple documents filed with the court in recent weeks, is GRANTED.

2. Plaintiff's request to continue the status conference to retain new counsel is GRANTED.  However, since plaintiff has already had two months to seek new counsel, the continuance will be short.

3. The status conference currently set for March 3, 2006 is VACATED and reset for April 7, 2006 at 10:00 a.m.  Plaintiff, or her attorney if she has retained one by that date, shall file a status report seven days prior to the conference addressing

2

1 future scheduling of the case.  The status conference will
2 proceed regardless of whether plaintiff has retained counsel.
3     4.  Plaintiff is placed on notice that her failure to file a
4 status report or failure to appear for the status conference may
5 be viewed by the court as abandonment of her case and may result
6 in dismissal for lack of prosecution pursuant to Federal Rule of
7 Civil Procedure 41(b).
8     IT IS SO ORDERED.
9 Dated: February 27, 2006

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT

3